

[JOY v. WOODMANCY]

Tho: Joy, plain^t against John Woodmancy Defend^t According to Attachm^t dated y^e 16th April 1672.

This action is continued till next Court.

Tho: Joy Plain^t against Jo^n Woodmancy Defend^t According to Attachm^t dated y^e 16th April 1672.

This Action was continued till next Court.

[See p. 145.]